B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13−31443**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nedal N. Alwawi
   11051 Catherine Drive
   Palos Hills, IL 60465

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9421

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                FOR THE COURT

Dated: November 26, 2013                        Kenneth S. Gardner, Clerk
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-31443-TAB
Nedal N. Alwawi                                                           Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 1              Date Rcvd: Nov 26, 2013
                               Form ID: b18             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2013.
```
db          #+Nedal N. Alwawi,    11051 Catherine Drive,    Palos Hills, IL 60465-3211
20840828    +Abn Amro Mortgage Grou,    Po Box 9438,    Gaithersburg, MD 20898-9438
20840833     Bridgeview Bank,    7490 S. Harlem Ave.,    Bridgeview, IL 60455
20840835    +Cap1/Bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20840840    +First Natl Bk In Chgo,    100 1st National Plz,    Chicago Heights, IL 60411-3555
20840842     NB Trading Group,    9903 S. 78th Ave,    Hickory Hills, IL 60457
20840844    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: BBAUDETTE.COM Nov 27 2013 01:03:00      Brian Audette,    Perkins Coie LLP,
              131 S Dearborn Street, Suite 1700,    Chicago, IL  60603-5559
20840829    +EDI: MERRICKBANK.COM Nov 27 2013 01:04:00      Advanta Bank Corp,    Po Box 31032,
              Tampa, FL 33631-3032
20840830    +EDI: AMEREXPR.COM Nov 27 2013 01:03:00      Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
20840831     EDI: BANKAMER.COM Nov 27 2013 01:03:00      Bank Of America,    Po Box 982235,    El Paso, TX 79998
20840832    +EDI: TSYS2.COM Nov 27 2013 01:03:00      Barclays Bank Delaware,    125 S West St,
              Wilmington, DE 19801-5014
20840834     EDI: CAPITALONE.COM Nov 27 2013 01:03:00      Cap One,    Po Box 85520,    Richmond, VA 23285
20840836    +EDI: CHASE.COM Nov 27 2013 01:03:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20840837    +EDI: CITICORP.COM Nov 27 2013 01:03:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20840838     EDI: DISCOVER.COM Nov 27 2013 01:03:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
20840839    +E-mail/Text: bknotice@erccollections.com Nov 27 2013 01:23:13      Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20840841    +EDI: BANKAMER2.COM Nov 27 2013 01:03:00      Lasalle National N A,    3985 N Milwaukee Ave,
              Chicago, IL 60641-2704
20840843    +EDI: SEARS.COM Nov 27 2013 01:03:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
20840845    +EDI: TFSR.COM Nov 27 2013 01:03:00      Toyota Motor Credit,    1111 W 22nd St Ste 420,
              Oak Brook, IL 60523-1959
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
```
              Bassam S. Abdallah    on behalf of Debtor Nedal N. Alwawi bassam.a@illinoislegalgroup.com,
               bsalaws@yahoo.com
              Brian Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```